B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re __Medical Staffing Network of Illinois, LLC__

Debtor(s)

Case No. _____

Chapter __11__

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| AVIS<br>7876 Collections Center Drive<br>Chicago, IL 60693-0078 | Attn: Michelle Tucker<br>AVIS<br>7876 Collections Center Drive<br>Chicago, IL 60693-0078<br>800 959-3300 | Rental car charges | | 4,500.00 |
| Ceridian Employer Services<br>P.O. Box 10989<br>Newark, NJ 07193 | Attn: Ina Flynn<br>Ceridian Employer Services<br>P.O. Box 10989<br>Newark, NJ 07193<br>813 645-8752 | Payroll processing | | 3,000.00 |
| Concentra Medical Center<br>P.O. Box 488<br>Lombard, IL 60148-0488 | Attn: Megan Grube<br>Concentra Medical Center<br>P.O. Box 488<br>Lombard, IL 60148-0488<br>888 378-2566 | Drug testing services | | 2,000.00 |
| Laboratory Corp. of America<br>P.O. Box 12140<br>Burlington, NC 27216 | Attn: LeeAnne Andrew<br>Laboratory Corp. of America<br>P.O. Box 12140<br>Burlington, NC 27216<br>888 582-5856 | Drug testing services | | 2,000.00 |
| American Databank LLC<br>910 Sixteenth Street<br>5th Floor<br>Denver, CO 80202 | American Databank LLC<br>910 Sixteenth Street<br>5th Floor<br>Denver, CO 80202<br>303 573-1130 | Criminal Background Checks | | 1,500.00 |
| Choicepoint Services, Inc.<br>P.O. Box 934899<br>Atlanta, GA 31193-4899 | Attn: Sarah Moore<br>Choicepoint Services, Inc.<br>P.O. Box 934899<br>Atlanta, GA 31193-4899<br>678 694-3422 | Background verification/drug testing | | 1,500.00 |
| RXInsider, LLC<br>1300 Division Road<br>Suite 103<br>West Warwick, RI 02893 | Attn: Kristin Fennessey<br>RXInsider LLC<br>1300 Division Road<br>Suite 103A<br>West Warwick, RI 02893<br>800 972-2083 | Advertising/Job Fairs | | 1,300.00 |

B4 (Official Form 4) (12/07) - Cont.

In re    Medical Staffing Network of Illinois, LLC                                   Case No.    _____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Lodging Kit Company<br>13492 State Route 12<br>Boonville, NY 13309 | Attn: Judy Denslow<br>Lodging Kit Company<br>13492 State Route 12<br>Boonville, NY 13309<br>800 328-8439 | Housewares for COS travel employees | | 800.00 |
| CNH & Associates<br>830 W. Northwest Highway<br>Suite 6<br>Palatine, IL 60067 | Attn: Hess Hesselberg<br>CNH & Associates<br>830 W. Northwest Highway<br>Suite 6<br>Palatine, IL 60067<br>847 781-1713 | Background verification/drug testing | | 800.00 |
| Landauer, Inc.<br>P.O. Box 809051<br>Chicago, IL 60680-9051 | Landauer, Inc.<br>P.O. Box 809051<br>Chicago, IL 60680-9051<br>708 755-7000 | Background verification/drug testing | | 270.00 |
| Argen Billing Systems<br>P.O. Box 82389<br>Conyers, GA 30013 | Argen Billing Systems<br>P.O. Box 82389<br>Conyers, GA 30013<br>888 547-2133 | COS employee utilities | | 250.00 |
| Alexian Brothers Medical Group<br>25466 Network Place<br>Chicago, IL 60673-1254 | Alexian Brothers Medical Group<br>25466 Network Place<br>Chicago, IL 60673-1254<br>847 506-6670 | Background verification/drug testing | | 200.00 |
| Occupational Health Centers<br>P.O. Box 82549<br>Hapeville, GA 30354-0549 | Attn: Tina Barnes<br>Occupational Health Centers<br>P.O. Box 82549<br>Hapeville, GA 30354-0549<br>800 686-0468 | Background verification/drug testing | | 176.00 |
| Occupational Health Centers<br>P.O. Box 3700<br>Rancho Cucamonga, CA 91729-3700 | Attn: Yvonne Peraza<br>Occupational Health Centers<br>P.O. Box 3700<br>Rancho Cucamonga, CA 91729-3700<br>888 352-6794 | Background verification/drug testing | | 75.00 |
| University of Chicago Hospitals<br>1122 Paysphere Circle<br>Chicago, IL 60674-0011 | Attn: Tracee H.<br>University of Chicago Hospitals<br>1122 Paysphere Circle<br>Chicago, IL 60674-0011<br>866 256-6204 | Background verification/drug testing | | 75.00 |
| Butler County Health Department<br>206 North Griffith<br>El Dorado, KS 67042-2039 | Attn: Carol Borger<br>Butler County Health Department<br>206 North Griffith<br>El Dorado, KS 67042-2039<br>316 321-3400 | Background verification/drug testing | | 75.00 |
| Physicians Immediate Care<br>P.O. Box 15473<br>Loves Park, IL | Attn: Trisha Massey<br>Physicians Immediate Care<br>P.O. Box 15473<br>Loves Park, IL<br>800 394-1612 | Background verification/drug testing | | 50.00 |

B4 (Official Form 4) (12/07) - Cont.

In re   **Medical Staffing Network of Illinois, LLC**                    Case No. _____
                           Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Southern California Edison P.O. Box 600 Rosemead, CA 91771-0001 | Southern California Edison P.O. Box 600 Rosemead, CA 91771-0001 800 684-8123 | COS employee utilities | | 30.00 |
| The Gas Company P.O. Box C Monterey Park, CA 91756 | The Gas Company P.O. Box C Monterey Park, CA 91756 800 427-2200 | COS employee utilities | | 20.00 |
| HR Plus/VanElla 3465 Solutions Center Lockbox 773465 Chicago, IL 60677-3004 | HR Plus/VanElla 3465 Solutions Center Lockbox 773465 Chicago, IL 60677-3004 888 538-1969 | Background verification/drug testing | | 10.30 |

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Chief Restructuring Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **7/2/10**            Signature   _____
                                         Mohsin Y. Meghji
                                         Chief Restructuring Officer

*Penalty for making a false statement or concealing property.* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.